ACCEPTED
03-14-00811-CR
3631318
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 3:31:17 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/31/2014 3:31:17 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| KARL DEAN STAHMANN, | * | |
| Appellant | * | |
| | | |
| v. | * | No. 03-14-00811-CR |
| | | |
| THE STATE OF TEXAS | * | |

### APPELLANT'S MOTION TO EXPEDITE APPEAL

TO THE HONORABLE CHIEF JUSTICE AND JUSTICES OF SAID COURT:

In support of this Motion, Appellant would show:

1. Appellant was placed on deferred adjudication community supervision for the state jail felony offense of credit card abuse.

2. The State moved to have the trial judge enter an adjudication of guilt.

3. Appellant was released on bail pending a hearing on the State's motion.

4. On December, 1, 2014, the trial judge conducted a hearing on the State's motion and entered an adjudication of guilt.

5. The trial court assessed punishment at two years confinement in a state jail facility *BUT suspended imposition of the sentence and placed appellant on probation for a period of five years*.

6. The trial court ordered appellant taken into custody and he has been confined and he remains confined in the Comal County jail.

Page **1** of **4**

7. The determination to proceed with an adjudication of guilt on the original charge is reviewable on appeal.   Tex. C. Crim. Proc. art 42.12, sec. 5(b).

8. On December 15, 2014, undersigned counsel filed the Motion for New Trial and the Defendant's Motion for Bail Pending Determination of Motion for New Trial and Pending Appeal.

9. On December 15, 2014, the trial court summarily **denied** the Motion for Bail and took the Motion for New Trial under advisement.  The trial court's denial of bail was in violation of Article 44.04(a), Texas Code of Criminal Procedure which provides "[p]ending the determination of any motion for new trial … the defendant is entitled to be released on reasonable bail."

10. On December 23, 2014, undersigned counsel filed a notice of appeal related to the determination of guilt *AND the Defendant's Notice of Appeal – Bail Proceeding*.

11. The Defendant's Notice of Appeal – Bail Proceeding was received in this Honorable Court on December 29, 2014.

12. Article 44.04(g) provides for the right of appeal from the denial of bail and further provides that "said appeal shall be given preference by the appellate court."

13. The reporter's record has been prepared and undersigned counsel has asked the court reporter to file same with this Honorable Court.

14. The clerk's record has been requested by undersigned counsel and said clerk has been notified that this is an expedited appeal pursuant to Texas Rule of Appellate Procedure 31.1.

15. And Rule 31.2 provides: "[a]n appeal in … a bail proceeding will be heard at the earliest practicable time."

16. Appellant moves this Honorable Court to expedite its review of this appeal and to set reasonable bail pending the appeal of the merits of the case, namely the trial court's determination to adjudicate guilt.

Respectfully submitted,


  /s/ Charles F. Baird
**CHARLES F. BAIRD**
TBA # 00000045
**BAIRD FARRELLY, PLLC**
2312 Western Trails Blvd, Suite 102-A
Austin, TX 78745
Tel: 512-804-5911
Fax: 512-804-5919
Email: jcfbaird@gmail.law

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on Jennifer A. Tharp, Assistant District Attorney, Comal District Attorney's Office, on December 31, 2014, *via* fax.

__/s/ Charles F. Baird_____
**CHARLES F. BAIRD**